___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: August 23, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                            **CHAPTER 13:**
**WOODROW PRICE, III**                                      **CASE NO. 15-03421 NPO**

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Objection to Proof of Claim of Jerry Baughman, Claim 5-1 (Docket #29) and the Creditor's Response (Docket #32). Thus, having considered the matters and finding the Creditor has agreed to amend its Proof of Claim, the Court finds the Trustee's Objection to Proof of Claim of Jerry Baughman, Claim 5-1 should be overruled.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** the Trustee's Objection to Proof of Claim of Jerry Baughman, Claim 5-1 is hereby overruled and creditor will modify Proof of Claim to $35,000.00. The Debtor's plan shall be amended to increase distribution payments to allowed, unsecured creditors that timely file proofs of claim to thirteen percent (13%).

**#END OF ORDER#**

**SUBMITTED BY:**

*/s/ Letitia Johnson*

Letitia Johnson MSB #102724
Attorney on behalf of
Standing Chapter Thirteen Trustee
James L. Henley, Jr. MSB #9909
Off: (601) 981-9100 Ext. 124
Fax: (601) 981-9888
Post Office Box 31980
Jackson, Mississippi 39286-1980
Email: jlhenley@jlhenleych13.net

**AGREED BY:**

*See attached*

William Wesley Stover, Jr., Esq.
The Law Office of Wes Stover
555 Tombigbee Street, Ste. 100
Jackson, MS 39201
601-949-5000
Fax: 601-510-9089
Email: karchona@wesstover.com

**AGREED BY:**

/s/Jerry Baughman
Jerry Baughman
104 Kaki Lane
West Monroe, LA 71291
Off: 318-547-3137
Email: jwbtothemax@gmail.com

**SUBMITTED BY:**

*See attached*

Letitia Johnson MSB #102724
Attorney on behalf of
Standing Chapter Thirteen Trustee
James L. Henley, Jr. MSB #9909
Off: (601) 981-9100 Ext. 124
Fax: (601) 981-9888
Post Office Box 31980
Jackson, Mississippi 39286-1980
Email: jlhenley@jlhenleych13.net

**AGREED BY:**

William Wesley Stover, Jr., Esq.
The Law Office of Wes Stover
555 Tombigbee Street, Ste. 100
Jackson, MS 39201
601-949-5000
Fax: 601-510-9089
Email: karchona@wesstover.com

**AGREED BY:**

*See attached*

Jerry Baughman
104 Kaki Lane
West Monroe, LA 71291
Off: 318-547-3137
Email: jwbtothemax@gmail.com